# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Angelina Alford,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.: 1:23-cv-1409-RLY-KMB |
| | ) |
| **Harris & Harris, Ltd.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

    Respectfully submitted,

    _/s/ John T. Steinkamp
    John T. Steinkamp
    John Steinkamp & Associates
    5214 S. East St., Ste. D1
    Indianapolis, IN46227
    (317) 780-8300
    (317) 217-1320 fax
    john@johnsteinkampandassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Jennifer J. Kalas
Hinshaw & Culbertson, LLP
Counsel for Defendant
jkalas@hinshawlaw.com

                        Respectfully Submitted,

                        /s/John T. Steinkamp
                        John T. Steinkamp
                        John Steinkamp & Associates
                        5214 S. East Street, Suite D1
                        Indianapolis, IN46227
                        (317) 780-8300
                        (317) 217-1320 fax
                        john@johnsteinkampandassociates.com